FORM 1007-1F (10/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

**IN RE:**

Brown, Robin DeWayne ,

**Debtor(s).**

Case No. _____

Chapter __13__

## PAYMENT ADVICES CERTIFICATION

*(NOTE: A separate form must be filed by each debtor in a joint case)*

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), a debtor shall file copies of *all* payment advices or other evidence of payment (such as paycheck stubs, direct deposit statements, employer's statement of hours and earnings) received from the debtor's employer *within 60 days* before the date the debtor filed his/her bankruptcy case (the "petition date").*

I, _____Robin DeWayne Brown, Sr_____ hereby state as follows:
(debtor's name)

(*select one*)

☐ I have attached hereto, or previously filed with the Court, copies of all payment advices or other evidence of payment received from my employer(s) within 60 days before the petition date.

   Number of Employers: _____    Number of Payment Advices received: _____
   Number of Payment Advices attached: _____
   Period Covered: _____
   *(If period covered is less than 60 days, attach an explanation.)*

If the attached payment advices do not cover the entire 60-day period, describe any "other evidence of payment" that you intend to rely upon. _____

☐ I received payment advices from an employer(s) during the 60 days before the petition date but have not yet located or obtained copies of all of the payment advices. I understand that if I do not file all payment advices or other evidence of payment **within 45 days** from the petition date, my bankruptcy case may be **dismissed**.

   Number of Employers: _____    Number of Payment Advices attached: _____
   Period Covered: _____
   Number of missing Payment Advices: _____    Dates of missing Payment Advices: _____

☑ I did not receive any payment advices or other evidence of payment from any employer at any point during the 60 days before the petition date. *(If you were employed, attach an explanation of why you did not receive any payment advices from your employer.)*

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date:   01/16/2024            /s/ Robin DeWayne Brown, Sr
                              (Signature of Debtor)

                              Print name:   Robin DeWayne Brown, Sr

*\* In order to protect the debtor's privacy, all but the last four digits of the Debtor's social security number and financial account number should be redacted from any payment advice. References to dates of birth should contain only the year and names of any minors should be redacted or include only initials.*

FORM 1007-1F (10/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

**IN RE:**

Brown, Veronica Buyckes,

**Debtor(s).**

Case No. _____

Chapter __13__

## PAYMENT ADVICES CERTIFICATION

*(NOTE: A separate form must be filed by each debtor in a joint case)*

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), a debtor shall file copies of *all* payment advices or other evidence of payment (such as paycheck stubs, direct deposit statements, employer's statement of hours and earnings) received from the debtor's employer *within 60 days* before the date the debtor filed his/her bankruptcy case (the "petition date").*

I, __Veronica Buyckes Brown__ hereby state as follows:
(debtor's name)

(*select one*)

☑ I have attached hereto, or previously filed with the Court, copies of all payment advices or other evidence of payment received from my employer(s) within 60 days before the petition date.

Number of Employers: __1__    Number of Payment Advices received: __5__
Number of Payment Advices attached: __5__
Period Covered: __October 2023 through December 2023__
*(If period covered is less than 60 days, attach an explanation.)*

If the attached payment advices do not cover the entire 60-day period, describe any "other evidence of payment" that you intend to rely upon. _____

☐ I received payment advices from an employer(s) during the 60 days before the petition date but have not yet located or obtained copies of all of the payment advices. I understand that if I do not file all payment advices or other evidence of payment **within 45 days** from the petition date, my bankruptcy case may be **dismissed**.

Number of Employers: _____    Number of Payment Advices attached: _____
Period Covered: _____
Number of missing Payment Advices: _____    Dates of missing Payment Advices: _____

☐ I did not receive any payment advices or other evidence of payment from any employer at any point during the 60 days before the petition date. *(If you were employed, attach an explanation of why you did not receive any payment advices from your employer.)*

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date: __01/16/2024__    __/s/ Veronica Buyckes Brown__
(Signature of Debtor)

Print name: __Veronica Buyckes Brown__

*\* In order to protect the debtor's privacy, all but the last four digits of the Debtor's social security number and financial account number should be redacted from any payment advice. References to dates of birth should contain only the year and names of any minors should be redacted or include only initials.*

2023-12-05
*** 1075.1

Veronica Brown
***** one thousand seventy-five point one

Veronica Brown
Veronica Brown 1722 E. 26th Place North Tulsa, OK 74110

**EMPLOYER**
Happy Campers Academy LLC
1819 E. 15th Street Tulsa, OK 74104

| **PAY PERIOD** | |
|---|---:|
| Period Beginning | 2023-11-16 |
| Period Ending: | 2023-11-30 |
| Pay Date: | 2023-12-05 |
| Total Hours: | 89.46 |

**EMPLOYEE**
Veronica Brown
Veronica Brown 1722 E. 26th Place North Tulsa, OK 74110

| OTHER PAY | Current | YTD |
|---|---|---|
| | | |

SSN:

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $1075.1**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Hourly | 49.46 | 16.25 | 808.71 | 27535.78 |
| Overtime (x1.5) hourly | | 0.0 | 0.0 | 1191.62 |
| Hourly PTO | 16.0 | 16.25 | 260.0 | 650.0 |
| Hourly Holiday | 24.0 | 16.25 | 390.0 | 2752.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| AD&D (Pre-tax) | -2.0 | -34.0 |
| VSP (Pre-tax) | -3.08 | -33.88 |
| After Tax Roth | -50.0 | -1150.0 |
| Life Insurance | -29.33 | -529.63 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Withholding | 139.0 | 3037.0 |
| OK - Withholding | 49.0 | 1053.0 |
| Medicare Employee | 21.08 | 464.89 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Social Security Employee | 90.12 | 1987.81 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1458.71 | 32129.4 |
| Taxes | 299.2 | 6542.7 |
| Adjustments | -84.41 | -1747.51 |

**Net Pay    $1075.1**

2023-11-20
*** 1038.83

Veronica Brown
***** one thousand thirty-eight point eight three

Veronica Brown
Veronica Brown 1722 E. 26th Place North Tulsa, OK 74110

**EMPLOYER**
Happy Campers Academy LLC
1819 E. 15th Street Tulsa, OK 74104

**PAY PERIOD**
| | |
|---|---:|
| Period Beginning | 2023-11-01 |
| Period Ending: | 2023-11-15 |
| Pay Date: | 2023-11-20 |
| Total Hours: | 86.45 |

**EMPLOYEE**
Veronica Brown
Veronica Brown 1722 E. 26th Place North Tulsa, OK 74110

| OTHER PAY | Current | YTD |
|---|---|---|

SSN:

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $1038.83**

| PAY | Hours | Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Hourly PTO | 8.0 | 16.25 | 130.0 | 390.0 |
| Overtime (x1.5) hourly | | 0.0 | 0.0 | 1191.62 |
| Hourly Holiday | | | 0.0 | 2362.0 |
| Hourly | 78.45 | 16.25 | 1279.69 | 26727.07 |

| ADJUSTMENTS | Current | YTD |
|---|---:|---:|
| AD&D (Pre-tax) | -2.0 | -32.0 |
| VSP (Pre-tax) | -3.08 | -30.8 |
| After Tax Roth | -50.0 | -1100.0 |
| Life Insurance | -29.33 | -500.3 |

| TAXES | Current | YTD |
|---|---:|---:|
| Social Security Employee | 87.09 | 1897.69 |
| Medicare Employee | 20.36 | 443.81 |
| Federal Withholding | 133.0 | 2898.0 |
| OK - Withholding | 46.0 | 1004.0 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |

| SUMMARY | Current | YTD |
|---|---:|---:|
| Total Pay | 1409.69 | 30670.69 |
| Taxes | 286.45 | 6243.5 |
| Adjustments | -84.41 | -1663.1 |

**Net Pay**     **$1038.83**

2023-11-03
*** 1239.7

Veronica Brown
***** one thousand two hundred thirty-nine point seven

Veronica Brown
Veronica Brown 1722 E. 26th Place North Tulsa, OK 74110

**EMPLOYER**
Happy Campers Academy LLC
1819 E. 15th Street Tulsa, OK 74104

**PAY PERIOD**
| | |
|---|---:|
| Period Beginning | 2023-10-16 |
| Period Ending: | 2023-10-31 |
| Pay Date: | 2023-11-03 |
| Total Hours: | 102.01 |

**EMPLOYEE**
Veronica Brown
Veronica Brown 1722 E. 26th Place North Tulsa, OK 74110

SSN:

**MEMO: Direct Deposit**

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $1239.7**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Overtime (x1.5) hourly | 2.14 | 24.38 | 54.45 | 1191.62 |
| Hourly PTO | 8.0 | 16.25 | 130.0 | 260.0 |
| Hourly Holiday | | 0.0 | 0.0 | 2362.0 |
| Hourly | 91.47 | 16.25 | 1491.48 | 25447.38 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| VSP (Pre-tax) | -3.08 | -27.72 |
| AD&D (Pre-tax) | -2.0 | -30.0 |
| After Tax Roth | -50.0 | -1050.0 |
| Life Insurance | -29.33 | -470.97 |

| TAXES | Current | YTD |
|---|---|---|
| Social Security Employee | 103.59 | 1810.6 |
| OK - Withholding | 59.0 | 958.0 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Federal Withholding | 165.0 | 2765.0 |
| Medicare Employee | 24.23 | 423.45 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1675.93 | 29261 |
| Taxes | 351.82 | 5957.05 |
| Adjustments | -84.41 | -1578.69 |

**Net Pay**   $1239.7

2023-10-20
*** 994.31

Veronica Brown
***** nine hundred ninety-four point three one

Veronica Brown
Veronica Brown 1722 E. 26th Place North Tulsa, OK 74110

**EMPLOYER**
Happy Campers Academy LLC
1819 E. 15th Street Tulsa, OK 74104

| PAY PERIOD | |
|---|---|
| Period Beginning | 2023-10-01 |
| Period Ending: | 2023-10-15 |
| Pay Date: | 2023-10-20 |
| Total Hours: | 82.10 |

**EMPLOYEE**
Veronica Brown
Veronica Brown 1722 E. 26th Place North Tulsa, OK 74110

| OTHER PAY | Current | YTD |
|---|---|---|

SSN:

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $994.31**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Overtime (x1.5) hourly | 2.1 | 24.38 | 52.82 | 1137.17 |
| Hourly | 80.0 | 16.25 | 1300.0 | 23955.9 |
| Hourly Holiday | | | 0.0 | 2362.0 |
| Hourly PTO | | | 0.0 | 130.0 |

| ADJUSTMENTS | Current | YTD |
|---|---|---|
| AD&D (Pre-tax) | -2.0 | -28.0 |
| VSP (Pre-tax) | -3.08 | -24.64 |
| After Tax Roth | -50.0 | -1000.0 |
| Life Insurance | -29.33 | -441.64 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| Medicare Employee | 19.54 | 399.22 |
| OK - Withholding | 44.0 | 899.0 |
| Federal Withholding | 127.0 | 2600.0 |
| Social Security Employee | 83.56 | 1707.01 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1352.82 | 27585.07 |
| Taxes | 274.1 | 5605.23 |
| Adjustments | -84.41 | -1494.28 |

**Net Pay**    $994.31

2023-10-05
*** 992.18

Veronica Brown
***** nine hundred ninety-two point one eight

Veronica Brown
Veronica Brown 1722 E. 26th Place North Tulsa, OK 74110

**EMPLOYER**
Happy Campers Academy LLC
1819 E. 15th Street Tulsa, OK 74104

**PAY PERIOD**
| | |
|---|---:|
| Period Beginning | 2023-09-16 |
| Period Ending: | 2023-09-30 |
| Pay Date: | 2023-10-05 |
| Total Hours: | 81.59 |

**EMPLOYEE**
Veronica Brown
Veronica Brown 1722 E. 26th Place North Tulsa, OK 74110

| OTHER PAY | Current | YTD |
|---|---:|---:|

SSN:

**MEMO: Direct Deposit**

| BENEFITS | Used | Available |
|---|---|---|

**NET PAY: $992.18**

| PAY | Hours | Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Hourly PTO | | | 0.0 | 130.0 |
| Overtime (x1.5) hourly | 1.59 | 24.38 | 48.35 | 1084.35 |
| Hourly Holiday | | | 0.0 | 2362.0 |
| Hourly | 80.0 | 16.25 | 1300.0 | 22655.9 |

| ADJUSTMENTS | Current | YTD |
|---|---:|---:|
| AD&D (Pre-tax) | -2.0 | -26.0 |
| VSP (Pre-tax) | -3.08 | -21.56 |
| After Tax Roth | -50.0 | -950.0 |
| Life Insurance | -29.33 | -412.31 |

| TAXES | Current | YTD |
|---|---:|---:|
| Medicare Employee | 19.48 | 379.68 |
| Federal Withholding | 126.0 | 2473.0 |
| Social Security Employee | 83.28 | 1623.45 |
| Medicare Employee Addl Tax | 0.0 | 0.0 |
| OK - Withholding | 43.0 | 855.0 |

| SUMMARY | Current | YTD |
|---|---:|---:|
| Total Pay | 1348.35 | 26232.25 |
| Taxes | 271.76 | 5331.13 |
| Adjustments | -84.41 | -1409.87 |

**Net Pay**     $992.18